JS-6

| | |
|---|---|
| 1 | GEORGE S. CARDONA |
| 2 | Acting United States Attorney |
| | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | DENNIS J. HANNA, CSBN 184475 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| 7 |     333 Market Street, Suite 1500 |
| | |
| 8 |     San Francisco, California 94105-2102 |
| 9 |     Telephone: (415) 977-8962 |
| |     Facsimile: (415) 744-0134 |
| 10 |     Email: dennis.hanna@ssa.gov |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TAMMY JEAN PRUITT-COLLINS, | ) | No. CV 09-05750 VBK |
| | ) | |
| Plaintiff, | ) | **JUDGMENT OF REMAND** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

//

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.

4 DATED: January 19, 2010            _____/s/_____
                                                    HON. VICTOR B. KENTON
5                                                   UNITED STATES MAGISTRATE JUDGE